**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Timbo Trading Co., et al.<br><br>Defendants. | Case No. EDCV 20-CV-00418 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default Judgment against Defendants Timbo Trading Co., Yatong Zou, and Longting Lin by Plaintiff Athena Cosmetics, Inc. is GRANTED.  The Court AWARDS Plaintiff $300,000.00 in damages, $18,581.00 in attorneys' fees, and $866.20 in costs.  The Court enjoins Defendants, their agents, servants, employees, and all other persons in privity or acting in concert with them from:

(a) using any reproduction, counterfeit, copy, or colorable imitation of the registered trademarks in Exhibits 1–6 ("Athena Trademarks") to identify any goods or the rendering of any services not authorized by Athena;

(b) engaging in any course of conduct likely to cause confusion, deception or mistake, or injure Athena's business reputation or weaken the distinctive quality of the Athena Trademarks;

(c) using a false description or representation including words or other symbols falsely describing or representing Defendants' unauthorized goods as being those of Athena or sponsored by or associated with Athena and from offering such goods in commerce;

(d) further infringing the Athena Trademarks by manufacturing, producing, importing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise

disposing of any products not authorized by Athena bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Trademarks;

(e) using any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Trademarks in the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or relate or connect, such products to Athena, or to any goods sold, manufactured, sponsored or approved by, or connected with Athena;

(f) making any statement or representation, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, imported sold or offered for sale, or rented by Defendants are associated or connected with Athena; or is sold, manufactured, licensed, sponsored, approved or authorized by Athena;

(g) engaging in any conduct infringing the Athena Trademarks, of Athena's rights in, or to use or to exploit, the Athena Trademarks, or constituting any weakening of Athena's name, reputation or goodwill;

(h) using or continuing to use the Athena Trademarks or trade names or any variation thereof on the Internet (either in the text of a websites, as a domain name, or as a key word, search word, metatag, or any part of the description of the site in any submission for registration of any Internet site with a search engine or index) in any goods or services not directly authorized by Athena;

(i) using any email addresses to offer for sale any nongenuine products bearing counterfeits of the Athena Trademarks;

(j) connecting with any websites that offer for sale any merchandise bearing counterfeits of the Athena Trademarks;

(k) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products which infringe the Athena Trademarks; and

(l) effecting assignments or transfers, forming new entities or associations or utilizing any other device to circumvent or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (l).

The Court ORDERS that: (1) within ten days of judgment, Defendants take all steps necessary to remove from all websites they own, control, or sell goods through, all text or other media offering for sale any merchandise bearing counterfeits of the Athena Trademarks; (2) within thirty days of judgment,

Defendants file and serve Athena with a sworn statement under 15 U.S.C. § 1116(a) detailing the manner and form in which Defendants complied with the Court's injunction; and (3) Defendants deliver to Athena all unauthorized products and advertisements in their possession or under their control bearing the Athena Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of production of them under 15 U.S.C. § 1118 for destruction.

Judgment is entered in favor of Plaintiff.

Dated: June 19, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge